### BYKOWSKI v STATE

Ohio Appeals, 8th Dist, Cuyahoga Co No. 10413. Decided January 20, 1930

Mr. Moses H. Dixon, Cleveland, for Bykowski.
Mr. Fred W. Garmore, for State.

**VICKERY, PJ.**

Taking the whole record into consideration we think that the evidence justified the conviction and that there is no error appearing that would warrant us in disturbing the judgment of the municipal court.

Levine, J., concurs. Sullivan, J., not participating.